18708. REDWINE, Commissioner, etc. *v.* AMERICAN REFRIGERATOR TRANSIT COMPANY.

CANDLER, Justice. The instant case was transferred to this court by the Court of Appeals on the theory that this court and not that court has jurisdiction. Under the ruling in *Head* v. *Edgar Brothers Co.,* 187 *Ga.* 409 (200 S. E. 792), where the facts are in all material respects the same, this court does not have jurisdiction of the writ of error. Consequently, it must be

*Returned to the Court of Appeals. All the Justices concur.*

SUBMITTED SEPTEMBER 17, 1954—DECIDED SEPTEMBER 17, 1954.

*Eugene Cook, Attorney-General, Wm. L. Norton, Assistant Attorney-General,* for plaintiff in error.

*Troutman, Sams, Schroder & Lockerman, Henry B. Troutman, Jr.,* contra.